**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| TERRY L. GIBBS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-05-1189-M |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner, Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

On May 31, 2006, United States Magistrate Judge Robert E. Bacharach issued a Report and Recommendation [docket no. 24] in this action brought pursuant to 42 U.S.C. § 405(g) for judicial review of Defendant Commissioner of the Social Security Administration's ("Commissioner") partial denial of supplemental security income benefits. Magistrate Judge Bacharach recommends that the Court deny Plaintiff's Motions for Judgment on the Pleadings and Entry of Default Judgment. The parties were advised of their right to object to the Report and Recommendation by June 28, 2006.[1] Plaintiff timely filed his objections.

In his objections Plaintiff asserts that the Magistrate Judge "does not consider or take into account the evidence this court obtained pursuant to the order issued on April 6, 2006." Plaintiff's Objection [docket no. 30] at 2. Having carefully reviewed the Magistrate Judge's Report and Recommendation and the parties' submissions, the Court finds that the Magistrate Judge adequately considered all of Plaintiff's arguments. Accordingly, upon *de novo* review, the Court:

(1) ADOPTS the thorough and well-reasoned Report and Recommendation

---

[1] Objections were originally due June 21, 2006, however, on June 16, 2006, the Court granted Plaintiff's Application for Extension of Time to File Written Objections to the Report and Recommendations [docket no. 26] and extended the due date to June 28, 2006.

[docket no. 24] issued by Magistrate Judge Bacharach on May 31, 2006; and

(2)   DENIES Plaintiff's Motions for Judgment on the Pleadings and Entry of Default Judgment [docket no. 13].

**IT IS SO ORDERED this 6th day of July, 2006.**

_____
VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE